# United States Court of Appeals
## For the First Circuit

No. 08-1855

UNITED STATES OF AMERICA,

Appellee,

v.

DARRYL DOWDELL,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on February 12, 2010 is amended as follows:

On page 51, line 11, change "547" to "548".